**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) | No. 16 CV 11104 |
| Plaintiffs, | ) | Judge |
| v. | ) | Magistrate Judge |
| GLASS MANAGEMENT SERVICES, INC., an Illinois Corporation, | ) | |
| Defendant. | ) | |

**COMPLAINT**

Plaintiffs, by their attorneys, DONALD D. SCHWARTZ, ANDREW S. PIGOTT, and ARNOLD AND KADJAN, complain against Defendant, **GLASS MANAGEMENT SERVICES, INC.,** as follows:

1. Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Security Act of 1974, 29 U.S.C. Section 1132, 1145 (“ERISA”), as amended, and Section 301 of the Labor Management Relations Act, 29 U.S. C. 185.

2. Venue is founded pursuant to 29 U.S.C. Section 1132 (e)(2) in this District where the Funds, as described in Paragraph 3, are administered.

3. (a) The Plaintiffs in this count are the TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 FRINGE BENEFIT FUNDS (“the Funds”), and have standing to sue pursuant to 29 U.S.C. Section 1132(d)(1).

(b) The Funds have been established pursuant to collective bargaining agreements previously entered into between the Glaziers Union Fringe Benefit Funds and its affiliated locals (the "Union") and certain employer associations whose employees are covered by the collective bargaining agreement with the Union.

(c) The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws and also pursuant to the terms and provisions of the agreements and Declarations of Trust which establish the Funds.

4. (a) Defendant, **GLASS MANAGEMENT SERVICES, INC. ("GLASS MANAGEMENT")**, is an Illinois corporation engaged in an industry affecting commerce.

(b) **GLASS MANAGEMENT** has engaged in an industry affecting commerce within this judicial district. In particular, the economic activity leading to the employee benefit plan contribution delinquency claimed in this complaint took place in the Northern District of Illinois.

5. Since on or before January 1, 2014, **GLASS MANAGEMENT** entered into Collective Bargaining Agreements ("CBAs") with the Union pursuant to which it is required to pay specified wages and to make periodic contributions to the Funds on behalf of certain of its employees.

6. Since January 1, 2014, **GLASS MANAGEMENT** admitted, acknowledged and ratified the CBAs entered into with the Union by filing periodic report forms with the Funds and by making some, but not all, of the periodic payments to the Funds as required by the CBAs.

7. The terms of the CBAs bind **GLASS MANAGEMENT** to the Trust Agreements creating the Funds.

8. Under the terms of the CBAs and Trust Agreements, upon request, **GLASS MANAGEMENT** is required to provide its books and records to the Funds' auditor for examination, to ensure **GLASS MANAGEMENT** properly contributed to the Funds.

9. The Funds attempted multiple contacts with **GLASS MANAGEMENT** to arrange for the production of its books and records, but **GLASS MANAGEMENT** failed to respond to the Funds' request for an audit.

**WHEREFORE,** Plaintiffs pray for relief as follows:

A. Entry of an order mandating that **GLASS MANAGEMENT** submit to an ERISA fringe benefit contributions audit by the Funds' auditor for the period January 1, 2014 to the present;

B. Judgment on any amounts found to be due by the audit;

C. Plaintiffs be awarded their costs herein, including reasonable attorneys' fees and costs incurred in the prosecution of this action, as provided in the applicable agreements and ERISA Section 502(g)(2);

D. This Court grant Plaintiffs such other and further relief as it may deem appropriate under the circumstances.

Respectfully submitted,
**TRUSTEES OF THE GLAZIERS, ARCHIECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS**

By: s/Andrew S. Pigott
One of their Attorneys

Donald D. Schwartz
Andrew S. Pigott
**ARNOLD AND KADJAN**
203 N LaSalle, Suite 1650
Chicago, Illinois 60601
(312) 236-0415